IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KILLIAN CONSTRUCTION CO., a Missouri corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID R. RODLI, an individual, DEBORAH BERRY, an individual, ERIC BERRY, an individual, GENESIS ALLIANCE, LLC, a Nevada limited liability company, and GENESIS CAPITAL MANAGEMENT, LLC, a Nevada limited liability company,<br><br>        Defendants. | Case No. 05-3237-CV-S-DW |

## **JUDGMENT BY CONSENT**

This cause came before the Court, pursuant to a Stipulation for Entry of Judgment By Consent, executed by Plaintiff's counsel and Defendant David R. Rodli. (Doc. 15). This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332. The Court has personal jurisdiction over all parties to this action, and venue is appropriate in this District. For good cause shown, after having reviewed said Stipulation for Entry of Judgment by Consent, it is hereby

ORDERED that judgment be entered in favor of Plaintiff and against Defendant David R. Rodli, in the amount of $58,613.11.

The parties have agreed and the Court hereby orders that Plaintiff shall stay execution on this judgment, provided that Defendant satisfies the judgment, in full, by making the following payments on the following dates:

| | |
|---|---|
| May 31, 2006 | $10,000.00 |
| June 30, 2006 | $10,000.00 |
| July 31, 2006 | $10,000.00 |
| August 31, 2006 | $10,000.00 |
| September 30, 2006 | $10,000.00 |
| October 31, 2006 | $8,613.11 |

If Defendant fails to make any payment herein stated or fails to pay this judgment in full by October 31, 2006, Plaintiff will be free to execute on the judgment.

It is so ORDERED this  15th   day of   June  , 2006.

/s/ DEAN WHIPPLE  
Dean Whipple  
United States District Court Judge